# EXHIBIT A

# Racial Profiling Report | Tier one

**Agency Name:** DeSoto Police Department
**Reporting Date:** 03/08/2017
**TCOLE Agency Number:** 113209
**Chief Administrator:** Chief Joe Costa
**Agency Contact Information:**
**Phone:** 469-658-3000
**Email:** N/A
**Mailing Address:** 714 E. Beltline Rd.
DeSoto Texas 75115

This Agency claims partial racial profiling report exemption because:

Our vehicles that conduct motor vehicle stops are equipped with video and audio equipment and we maintain videos for 90 days.

Certification to This Report 2.132 (Tier 1), Partial Exemption

Article 2.132(b) CCP Law Enforcement Policy on Racial Profiling

DeSoto Police Department has adopted a detailed written policy on racial profiling. Our policy:

1.) clearly defines acts constituting racial profiling;

2.) strictly prohibits peace officers employed by the DeSoto Police Department from engaging in racial profiling;

3.) implements a process by which an individual may file a complaint with the DeSoto Police Department if the individual believes that a peace officer employed by the DeSoto Police Department has engaged in racial profiling with respect to the individual;

4.) provides public education relating to the agency's complaint process;

5.) requires appropriate corrective action to be taken against a peace officer employed by the DeSoto Police Department who, after an investigation, is shown to have engaged in racial profiling in violation of the DeSoto Police Department's policy adopted under this article;

6.) require collection of information relating to motor vehicle stops in which a citation is issued and to arrests made as a result of those stops, including information relating to:

    a.) the race or ethnicity of the individual detained;

    b.) whether a search was conducted and, if so, whether the individual detained consented to the search; and

    c.) whether the peace officer knew the race or ethnicity of the individual detained before detaining that individual; and

7.) require the chief administrator of the agency, regardless of whether the administrator is elected, employed, or appointed, to submit an annual report of the information collected under Subdivision(6) to:

    a.) the Commission on Law Enforcement; and

    b.) the governing body of each county or municipality served by the agency, if the agency is an agency of a county, municipality, or other political subdivision of the state.

**Executed by:** Chief Joe Costa

Chief Administrator

**DeSoto Police Department**

**Date:** 03/08/2017

DeSoto Police Department Motor Vehicle Racial Profiling Information

Total stops: 3348

## Number of motor vehicle stops

Citation only: 2728
Arrest only: 480
Both: 140

## Race or ethnicity

African: 2628
Asian: 10
Caucasian: 410
Hispanic: 285
Middle eastern: 13
Native american: 2

## Was race known ethnicity known prior to stop?

Yes: 303
No: 3045

## Was a search conducted

Yes: 1212
No: 2136

## Was search consented?

Yes: 59
No: 1153

Submitted electronically to the



The Texas Commission on Law Enforcement